IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KENNETH SUBALA, | § | |
| Plaintiff | § § § | |
| v. | § § | CIVIL NO.: 1:17-cv-862 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | § § § § | |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS day, this Court considered the motion of Plaintiff Kenneth Subala to dismiss all claims against Defendant Life Insurance Company of North America with prejudice and finds that the Motion is well taken. It is therefore:

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Kenneth Subala's Motion to Dismiss all claims against Defendant Life Insurance Company of North America with prejudice is **GRANTED** and all claims and causes of action by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE**.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Costs of court and attorney's fees are to be borne by the party incurring same.

SIGNED this 14th day of December, 2017.

_Sam Sparks_
UNITED STATES DISTRICT JUDGE

2516375v.1

APPROVED AND ENTRY REQUESTED:

BEMIS, ROACH & REED

_____
Greg Reed
State Bar No. 16677750
4100 Duval Rd.., Bldg. 1, Ste. 200
Austin, TX 78759
512/454-4000
512/453-6335 Fax
E-mail: greg@brrlaw.com

ATTORNEY-IN CHARGE FOR PLAINTIFF KENNETH SUBALA


WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP

_____
Linda P. Wills
State Bar No. 21661400
Fed. Bar No. 12566
909 Fannin Street, Suite 3300
Houston, Texas 77010
713/353-2000
713/785-7780 Fax
Email: Linda.Wills@WilsonElser.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
LIFE INSURANCE COMPANY OF NORTH AMERICA

2516375v.1